# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY L. FLANAGAN

NO. 2023 KW 0028

**JANUARY 13, 2023**

---

In Re:     Terry L. Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-04145.

---

**BEFORE:     CHUTZ, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

**WRC**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT